**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

**Jason Wrubleski**, OSB #120524
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-796-2847
Facsimile: 503-796-2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COAST CUTLERY CO.**, dba Coast Products, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**INFINITY X1 LLC**, a Nevada limited liability company<br><br>Defendant. | No. 3:25-cv-01120-SI (Lead Case)<br>No. 3:25-cv-01281-SI<br><br>**DECLARATION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Samantha Burnside, declare as follows:

1. I am employed as a legal assistant/paralegal at the law firm of Schwabe, Williamson & Wyatt, P.C. I make this declaration based upon my personal knowledge in support of Plaintiff Coast Cutlery Co.'s Opening Claim Construction Brief.

Page 1 -   DECLARTION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

2. Attached hereto as Exhibit 1 is a true and correct copy of Infinity X1 LLC's U.S. Patent No. 11,852,311, entitled "Broad View Headlamp."

3. Attached hereto as Exhibit 2 is a true and correct copy of Infinity X1 LLC's U.S. Patent No. 12,203,618, entitled "Broad View Headlamp."

4. Attached as Exhibit 3 is a true and correct copy of Exhibit A that was attached to Infinity X1 LLC's P.R. 3-1 Supplemental Disclosure of Asserted Claims and Infringement Contentions, which was served on Coast on October 15, 2025.

5. Attached as Exhibit 4 is a true and correct copy of a web capture of the Dictionary.com definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

6. Attached as Exhibit 5 is a true and correct excerpt of The American Heritage Dictionary, Third Edition, of the definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

7. Attached as Exhibit 6 is a true and correct excerpt of The McGraw-Hill Dictionary of Scientific and Technical Terms, Sixth Edition, of the definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

8. Attached as Exhibit 7 is a true and correct excerpt of the New Oxford American Dictionary, Third Edition, of the definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

9. Attached as Exhibit 8 is a true and correct copy of a web capture of the Cambridge English Dictionary definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

10. Attached as Exhibit 9 is a true and correct copy of a web capture of the Collins English Dictionary definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

Page 2 - DECLARTION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

11. Attached as Exhibit 10 is a true and correct excerpt of Webster's II New College Dictionary, Third Edition, of the definition of the term "lens." Highlighting has been applied to call attention to the relevant portion of the text.

12. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 7,226,190, entitled "Portable Lighting Device with Light-Emitting Diode," which was issued on June 5, 2007, by the U.S. Patent and Trademark Office.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Gregory David Windom, which was served on Coast by Infinity X1 LLC on January 16, 2026.

14. Attached hereto as Exhibit 13 is a true and correct copy of the definition of "flood beam" that was posted online at https://www.apexlighting.com/glossary/flood-beam/, which I accessed on February 26, 2026.

15. Attached hereto as Exhibit 14 is a true and correct copy of the definition of "spot beam" that was posted online https://www.apexlighting.com/glossary/spot-beam/, which I accessed on February 26, 2026.

16. Attached hereto as Exhibit 15 is a true and correct copy of the deposition transcript of Gregory D. Windom, dated February 13, 2026.

17. Attached hereto as Exhibit 16 is a true and correct copy of the 9th Edition of "The International System of Units (SI)," in French and English, published by Bureau International Des Poids et Mesures, version 3.02, published in August 2025.

18. Attached hereto as Exhibit 17 is a true and correct copy of a publication entitled, "Photometry: Terminology and Units in the Lighting and Astronomical Scienses," by David L. Crawford of the Kitt Peak National Observatory, 14 The Observatory, vol. 117 (Feb. 1997).

19. Attached hereto as Exhibit 18 is a true and correct copy of an article entitled, "Plant Light Measurement & Calculations," by David R. Hershey, The American Biology Teacher, Sept. 1991, Vol. 53, No. 6, pp. 351-353.

Page 3 -    DECLARTION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

20. Attached hereto as Exhibit 19 is a true and correct copy of an article entitled, "LED Lighting in Museums: Conservation and Color of Textiles," by Mary W. Ballard, of the Smithsonian Museum Conservation Institute; Courtney Bolin, of the Museum Conservation Institute; Yoshi Ohno, of NIST Sensor Science Division; Taylor McClean of North Carolina State University at Raleigh; and Nick Lena of GTI Graphic Technology, Inc., from the 2015 Proceedings of AATCC Int'l Conf.

21. Attached hereto as Exhibit 20 is a true and correct copy of an article entitled, "A Study of Natural Lighting and Quality of Lighting in Production House for Cinematography (Case Study: Residential House at Cinere)," by Abrianto Mardi, Samsu H. Siwi, and Titin Fatimah, Advances in Social Science, Education and Humanities Research, vol. 655, from the 3rd Tarumanagara Int'l Conf. on the Applications of Social Sciences and Humanities (TICASH 2021).

22. Attached hereto as Exhibit 21 is a true and correct copy of U.S. Patent No. 8,408,737, entitled "Light Emitting Diode Sign Lighter," which was issued on April 2, 2013, by the U.S. Patent and Trademark Office.

23. Attached hereto as Exhibit 22 is a true and correct copy of U.S. Patent No. 9,801,261, entitled "Systems and Methods for Providing High-Mast Lighting," which was issued on October 24, 2017, by the U.S. Patent and Trademark Office.

24. Attached hereto as Exhibit 23 is a true and correct copy of an article entitled "Illuminance vs Luminance – What is the Difference," which was posted online at https://hi-hyperlite.com/blogs/news/illuminance-vs-luminance-what-is-the-difference?srsltid=AfmBOoqSqBJMvcNwRD-1GtgdGEuSOJ8qkb_ZU8CoWHMrG6FG8j3WPkFu, which I accessed on February 26, 2026.

25. Attached hereto as Exhibit 24 is a true and correct copy of U.S. Patent No. 10,894,503, entitled "Detector Controlled Headlight System," which was issued on January 19, 2021, by the U.S. Patent and Trademark Office.

Page 4 -   DECLARTION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2026, at Vancouver, Washington.

By: *Samantha Burnside*
Samantha Burnside

Page 5 - DECLARTION OF SAMANTHA BURNSIDE IN SUPPORT OF COAST CUTLERY CO.'S OPENING CLAIM CONSTRUCTION BRIEF

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460